DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMOND LINDOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2603

[June 30, 2022]

Appeal from order denying rule 3.850 motion in the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Alspector, Judge; L.T. Case No. 14-012558CF10A.

Robert David Malove of the Law Office of Robert David Malove, P.A., Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***